IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CINCINNATI INSURANCE COMPANY, ) | |
| ) | No.: 1:22-cv-02792 |
| Plaintiff, ) | |
| ) | Honorable Sharon Johnson Coleman |
| v. ) | |
| ) | Magistrate Judge Young B. Kim |
| STATE NATIONAL INSURANCE COMPANY, ) | |
| INC.; NEXT INSURANCE, INC. ) | |
| ) | |
| Defendant. | |

**PARTIES' AGREED MOTION FOR ENTRY OF FINAL JUDGMENT**

Plaintiff Cincinnati Insurance Company ("CIC"), Defendants State National Insurance Company, Inc. ("State National") and Next Insurance, Inc. ("Next") (together "Parties") respectfully and jointly move for entry of a final judgment in this matter pursuant to Fed. R. Civ. P 58(d). In support thereof, the Parties state as follows,

1. CIC filed this declaratory judgment action against Defendants State National and Next in Illinois State Court. State National and Next removed CIC's action to this court and answered CIC's complaint. Dkt. 1, 6.

2. By agreement, on December 2, 2022, the Parties cross-moved for summary judgment. *See* Dkt. 19, 20, 22.

3. On September 28, 2023, the Court ruled on the cross-motions. The Court denied CIC's motion for summary judgment in full and granted State National and Next's motion for summary judgment in part and denied it in part. Dkt. 34.

4. Following the Court's ruling, CIC agreed to voluntarily dismiss all of its remaining claims, including but not limited to any claim relating to Delta Real Estate Investment, Inc's status as an additional insured under the policies of insurance issued by Defendants. Dkt. 37. CIC

21032566_1

effectuated its voluntary dismissal by way of stipulation, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). *Id.*

5. In CIC's stipulation for voluntary dismissal, it requested a Final Order and Judgment consistent with the Court's summary judgment ruling (Dkt. 34) and the Parties' stipulation. Dkt. 37.

6. The Court has yet to enter a Final Judgment separate from CIC's stipulated voluntary dismissal.

7. Under Rule 58(d), the parties "may request that a judgment be set out in a separate document as required by Rule 58(a)." *See* Fed. R. Civ. P. 58(d).

8. Pursuant to that Rule, and consistent with CIC's stipulated voluntary dismissal of its remaining claims, the Parties respectfully request entry of a Final Judgment of dismissal of all of CIC's remaining claims in a separate document consistent with Rule 58(a).

For the reasons stated above and pursuant to Fed. R. Civ. P 58, the Parties respectfully request that the Court grant their motion and enter a Final Judgment of dismissal of all of CIC's claims, close this matter, and grant the Parties any additional necessary, just, or proper relief.

| CINCINNATI INSURANCE COMPANY | STATE NATIONAL INSURANCE COMPANY, INC. and NEXT INSURANCE, INC., |
|---|---|
| */s/ Laura L. Milnichuk* <br> One of its attorneys | */s/ Adam N. Hirsch* <br> One of their attorneys |
| Cincinnati Insurance Company <br> Staff Defense <br> 10 S. LaSalle Street, Suite 3310 <br> Chicago, IL 60603 <br> Laura L. Milnichuk <br> Omar Odland <br> Laura_milnichuk@staffdefense.com <br> Omar_Odland@staffdefense.com | Roetzel & Andress, LPA <br> 70 W. Madison Street, Suite 3000 <br> Chicago, IL 60602 <br> 312.580.1200 <br> Adam N. Hirsch, ARDC #6275127 <br> ahirsch@ralaw.com |

2

21032566 _1

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on January 30, 2024, in accordance with Fed. R. Civ. P5 and LR 5.5, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants in the above-captioned matter.

*/s/ Adam N. Hirsch*
